IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OSVALDO PUMBA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 22-2076 |
| | : | |
| TONY TYRIQUE ALVAREZ, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## <u>ORDER</u>

AND NOW, this 4th day of October, 2022, upon consideration of Plaintiff Osvaldo Pumba's Amended Complaint (ECF No. 10, 11), it is **ORDERED** that:

1.     The Clerk of Court is **DIRECTED** to amend the caption of this case to reflect the Defendants named in the Amended Complaint as follows:  Tony Tyrique Alvarez, Joseph Stauffer, Tony Barata, Robert Schopf, and Douglas Reichley.

2.     The Clerk of Court is **DIRECTED** to terminate Douglas Reichley as a Defendant.

3.     The Amended Complaint is **DISMISSED IN PART WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for the reasons stated in the Court's Memorandum.

4.     Only the malicious prosecution claims asserted against Defendants Alvarez, Stauffer, Barata, and Schopf pass statutory screening.

5.     The Clerk of Court is specially appointed to serve written waiver requests on Defendants Alvarez, Stauffer, Barata, and Schopf only, pursuant to Federal Rule of Civil Procedure 4(d), to effect waiver of service.  The waiver of service requests shall be accompanied by a copy of the Amended Complaint and shall inform Defendants Alvarez, Stauffer, Barata, and Schopf of the consequences of compliance and failure to comply with the requests.  The requests

shall allow the Defendants at least 30 days from the date they are sent (60 days if addressed outside any judicial district of the United States) to return the signed waiver. If a signed waiver is not returned within the time limit given, the Clerk of Court shall issue a summons and transmit the summons and a copy of the Complaint to the U.S. Marshals Service for immediate service.

6.      All original pleadings and other papers submitted for consideration to the Court in this case are to be filed with the Clerk of Court. Copies of papers filed in this Court are to be served upon counsel for all other parties (or directly on any party acting *pro se*). Service may be made by mail. Proof that service has been made is provided by a certificate of service. The certificate of service should be filed in the case along with the original papers and should show the day and manner of service. An example of a certificate of service by mail follows:

> "I, (name), do hereby certify that a true and correct copy of the foregoing (name of pleading or other paper) has been served upon (name(s) of person(s) served) by placing the same in the U.S. mail, properly addressed, this (day) of (month), (year).
>
> _____
>   (Signature)"

7.      Any request for court action shall be set forth in a motion, properly filed and served. The parties shall file all motions, including proof of service upon opposing parties, with the Clerk of Court. The Federal Rules of Civil Procedure and Local Rules are to be followed. Pumba is specifically directed to comply with Local Civil Rule 7.1 and serve and file a proper response to all motions within fourteen (14) days. Failure to do so may result in dismissal.

8.      Pumba is specifically directed to comply with Local Rule 26.1(f) which provides that "[n]o motion or other application pursuant to the Federal Rules of Civil Procedure governing discovery or pursuant to this rule shall be made unless it contains a certification of counsel that the parties, after reasonable effort, are unable to resolve the dispute." Pumba shall attempt to resolve

any discovery disputes by contacting Defendants' counsel directly by telephone or through correspondence.

9.      No direct communication is to take place with the United States District Judge or United States Magistrate Judge with regard to this case.  All relevant information and papers are to be directed to the Clerk of Court.

10.     In the event a summons is returned unexecuted, it is Pumba's responsibility to ask the Clerk of Court to issue an alias summons and to provide the Clerk with the Defendant's correct address, so service can be made.

11.     The parties should notify the Clerk's Office when there is an address change. Failure to do so could result in court orders or other information not being timely delivered, which could affect the parties' legal rights.

BY THE COURT:


*/s/ Edward G. Smith*
EDWARD G. SMITH, J.